ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES ((Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mohammed Nuru

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MOHAMMED NURU,<br><br>                    Defendant. | Case No.: CR 20-70028 MAG<br>Case No.: CR 20-70076 MAG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE HEARING AND MODIFY BAIL CONDITIONS** |

The defendant Mohammed Nuru is currently scheduled to appear before this Court for status and preliminary hearing or indictment on June 21, 2020.

This court ordered Mr. Nuru released on bail, with a $2 million bond, with $400,000 of that amount secured by a deed of trust on his primary residence.

Mr. Nuru has complied with all of the terms of his pretrial release and supervision, without any violations.  Mr. Nuru has requested to travel to his home in Stonyford, Colusa County, to perform maintenance for the weekends of May 29th-June 2, 2020 and July 2nd - July 6th, 2020.  His supervising pretrial services officer does not object to this request.

1

Stipulation and [~~Proposed~~] Order

Accordingly, the United States and Mr. Nuru stipulate and move this court to modify the bail conditions to allow Mr. Nuru to travel to his home in Stonyford for the two above-described periods.

All other conditions of Mr. Nuru's pretrial release, imposed on January 28, 2020, will remain the same.

IT IS SO STIPULATED.

Dated:  May 29, 2020                                Respectfully Submitted,

                                                                RAMSEY & EHRLICH LLP

                                                                _____//s//_____
                                                                ISMAIL RAMSEY
                                                                KATHARINE KATES
                                                                Attorneys for MOHAMMED NURU


                                                                DAVID L. ANDERSON
                                                                United States Attorney


                                                                _____//s//_____
                                                                SCOTT D. JOINER
                                                                S. WAQAR HASIB
                                                                Assistant United States Attorneys


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: May 29, 2020

_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order