| | |
|---|---|
| DAVID L. ANDERSON (CABN 149604)<br>United States Attorney<br><br>HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division<br><br>SCOTT D. JOINER (CABN 223313)<br>Assistant United States Attorneys<br><br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7200<br>    FAX: (415) 436-7234<br>    scott.joiner@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Oct 07 2020<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED COLIN NURU,<br><br>    Defendant. | NO. CR 20-MJ-70028<br>NO. CR 20-MJ-70076<br><br>STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM OCTOBER 8, 2020 TO NOVEMBER 5, 2020; ORDER |

The parties appeared for a status hearing on the above-referenced matters on February 27, 2020, and they were continued and time excluded to March 19, 2020. The court granted subsequent continuances to October 8, 2020, in light of the COVID 19 pandemic and shelter-in-place orders for the City and County of San Francisco and State of California. In light of ongoing limitations on in-person meetings and court appearances, the parties now request that the matters be continued to November 5, 2020.

It is further stipulated by and between counsel for the United States and counsel for defendant Mohammed Nuru, that time be excluded under the Speedy Trial Act from October 8, 2020 through November 5, 2020. Defendant Nuru waives the time for a preliminary hearing on each Complaint under

STIPULATION TO EXCLUDE TIME AND ORDER
CR 20-MJ-70028; CR 20-MJ-70076

1  Rule 5.1 of the Federal Rules of Criminal Procedure through November 5, 2020.  Pursuant to stipulation,
2  the Court previously excluded time under the Speedy Trial Act through and including October 8, 2020,
3  in light of the complexity of the cases – which the government represents involves more than 1,500
4  recorded calls or conversations and thousands of pages of documents – the time available for indictment,
5  and for effective preparation of counsel.

6      For the same reasons, including the time available for indictment during the current pandemic
7  and shelter-in-place orders, the parties stipulate and agree that excluding time from October 8, 2020
8  through November 5, 2020 in both matters, will allow for the effective preparation of counsel and is
9  appropriate based on the complexity of the cases and the amount of time necessary to return and file an
10 indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C.
11 §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844,
12 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions
13 under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period
14 (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In
15 cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may
16 be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the
17 case at bar, efficiency and economy were definitely served by the sixty day extension.").

18     The parties further stipulate and agree that the ends of justice served by excluding the time from
19 October 8, 2020 through November 5, 2020, from computation under the Speedy Trial Act outweigh the
20 best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).
21     SO STIPULATED.

23 DATED: October 7, 2020          /s/
        SCOTT D. JOINER
24         Assistant United States Attorney

26 DATED: October 7, 2020          /s/
        ISMAIL RAMSEY
27         RAMSEY & EHRLICH, LLP
        Counsel for Defendant Mohammed Nuru
28

STIPULATION TO EXCLUDE TIME AND ORDER
CR 20-MJ-70028; CR 20-MJ-70076

**ORDER**

Pursuant to stipulation, the appearance currently set for October 8, 2020 is HEREBY CONTINUED to November 5, 2020.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from October 8, 2020 through November 5, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that excluding the time from October 8, 2020 through November 5, 2020, is appropriate in light of the complexity of the case, which the government represents involves more than 1,500 recorded calls or conversations and thousands of pages of documents, and the amount of time necessary to return and file an indictment under the circumstances, including the current pandemic and shelter-in-place orders, within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The Court further finds that the ends of justice served by excluding the time from October 8, 2020 through November 5, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 8, 2020 through November 5, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

//
//
//
//

ORDER EXCLUDING TIME
CR 20-MJ-70028; CR 20-MJ-70076

1  The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal
2  Rules of Criminal Procedure and the time within which to conduct a preliminary hearing is waived with
3  the consent of the Defendant through November 5, 2020.
4      IT IS SO ORDERED.

6  DATED: ____10/7/2020____



_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

ORDER EXCLUDING TIME
CR 20-MJ-70028; CR 20-MJ-70076