```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  SCOTT D. JOINER (CABN 223313)
    Assistant United States Attorneys
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-7200
 7      FAX: (415) 436-7234
        scott.joiner@usdoj.gov
 8
 9  Attorneys for United States of America
```

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) NO. CR 20-MJ-70028 |
| 14 | | ) NO. CR 20-MJ-70076 |
| 15 | Plaintiff, | ) |
| | | ) STIPULATION TO CONTINUE HEARING AND |
| 16 | v. | ) EXCLUDE TIME FROM AUGUST 31, 2021 TO |
| | | ) SEPTEMBER 28, 2021; [PROPOSED] ORDER |
| 17 | MOHAMMED COLIN NURU, | ) |
| 18 | Defendant. | ) |

19

20         In light of the COVID-19 pandemic, the complexity of the case, and the time available for

21 indictment, the above-referenced matters were previously continued and time excluded to August 31,

22 2021. The parties now request that the matters be continued to September 28, 2021.

23         It is further stipulated by and between counsel for the United States and counsel for defendant

24 Mohammed Nuru, that time be excluded under the Speedy Trial Act from August 31, 2021 through

25 September 28, 2021.  Defendant Nuru waives the time for a preliminary hearing on each Complaint

26 under Rule 5.1 of the Federal Rules of Criminal Procedure through September 28, 2021.  Pursuant to

27 stipulation, the Court previously excluded time under the Speedy Trial Act through and including

28 August 31, 2021, in light of the complexity of the cases – which the government represents involves

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 20-MJ-70028; CR 20-MJ-70076

more than 1,500 recorded calls or conversations and thousands of pages of documents – the time available for indictment, and for effective preparation of counsel.

For the same reasons, the parties stipulate and agree that excluding time from August 31, 2021 through September 28, 2021, in both matters, will allow for the effective preparation of counsel and is appropriate based on the complexity of the cases and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The parties further stipulate and agree that the ends of justice served by excluding the time from August 31, 2021 through September 28, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

SO STIPULATED.

DATED: August 27, 2021
/s/
SCOTT D. JOINER
Assistant United States Attorney


DATED: August 27, 2021
/s/
ISMAIL RAMSEY
RAMSEY & EHRLICH, LLP
Counsel for Defendant Mohammed Nuru

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 20-MJ-70028; CR 20-MJ-70076

**[PROPOSED] ORDER**

Pursuant to stipulation, the appearance currently set for August 31, 2021 is HEREBY CONTINUED to September 28, 2021.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 31, 2021 through September 28, 2021, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that excluding the time from August 31, 2021 through September 28, 2021, is appropriate in light of the complexity of the case, which the government represents involves more than 1,500 recorded calls or conversations and thousands of pages of documents, and the amount of time necessary to return and file an indictment under the circumstances, including the current pandemic and shelter-in- place orders, within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The Court further finds that the ends of justice served by excluding the time from August 31, 2021 through September 28, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 31, 2021 through September 28, 2021, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv). The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal

/ /

/ /

/ /

[PROPOSED] ORDER EXCLUDING TIME
CR 20-MJ-70028; CR 20-MJ-70076

Rules of Criminal Procedure and the time within which to conduct a preliminary hearing is waived with the consent of the Defendant through September 28, 2021.

IT IS SO ORDERED.

DATED: _____

_____
HON. JOSEPH C. SPERO
CHIEF U.S. MAGISTRATE JUDGE